IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERRY MAIDS, L.P., ) | |
| ) | |
| Plaintiff, ) | 8:06CV36 |
| ) | |
| v. ) | |
| ) | |
| WWJD ENTERPRISES, INC., d/b/a ) | REASSIGNMENT ORDER |
| MERRY MAIDS FRANCHISE #126, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

A Consent to Exercise of Jurisdiction by United Sates Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 31st day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge