IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MERRY MAIDS, L.P.,** | ) | CASE NO. 8:06CV36 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WWJD ENTERPRISES, INC. d/b/a** | ) | |
| **Merry Maids Franchise #126,** | ) | |
| **STEPHANIE LOVELY, MAIDS AND** | ) | |
| **MORE, INC., and JAMES M. LOVELY,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Extension of Deadline to Submit Affidavits and Briefing filed by Defendants WWJD Enterprises, Inc., and James M. Lovely. The Court has been informed that neither the Plaintiff nor the other Defendants have any objection to the requested extension of time. Accordingly,

IT IS ORDERED:

1. The Motion for Extension of Deadline (Filing No. 19) is granted;

2. Defendants WWJD Enterprises, Inc. and James M. Lovely shall file their brief and evidence in opposition to the Plaintiff's motion for a preliminary injunction on or before Thursday, February 23, 2006.

Dated this 15th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge