# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB 17 PM 2: 42

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MERRY MAIDS, L.P., | ) | Case Number: 8:06-cv-36 |
| Plaintiff, | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| WWJD ENTERPRISES, INC. d/b/a/ MERRY MAIDS FRANCHISE #126, MAIDS AND MORE, INC., JAMES M. LOVELY and STEPHANIE LOVELY, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendants. | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Merry Maids, L.P. | 2-17-06 |
| [signature] Scott E. Tollefsen | For Maids and More, Inc. | 2-15-06 |
| [signature] Scott E. Tollefsen | For Stephanie Lovely | 2-15-06 |
| [signature] | For James M. Lovely | 2-16-06 |
| [signature] | For WWJD Enterprises, Inc. | 2-16-06 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/17/06
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03