## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MERRY MAIDS, L.P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:06CV36 |
| vs. ) | |
| ) | ORDER |
| **WWJD ENTERPRISES, INC., d/b/a** ) | |
| **MERRY MAIDS FRANCHISE #126;** ) | |
| **MAIDS AND MORE, INC.; JAMES M.** ) | |
| **LOVELY; and STEPHANIE LOVELY,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the Plaintiff's Motion for Preliminary Injunction (#6) and the Defendants' Request for Oral Argument (#26). Having reviewed the motions,

**IT IS ORDERED:**

1. The Defendants' Request for Oral Argument (#26) is granted.

2. The Plaintiff's Motion for Preliminary Injunction (#6) is hereby set for hearing before the undersigned magistrate judge, in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **Wednesday, April 12, 2006 beginning at 9:00 A.M.** Due to the court's April trial schedule, any continuation of the hearing will be set sometime in May of 2006.

Dated this 22nd day of February 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge