**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MERRY MAIDS, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV36** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **WWJD ENTERPRISES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on plaintiff's RENEWED MOTION FOR EXPEDITED DISCOVERY (Filing 43). The court has not received any response in opposition.

Plaintiff's previous motion was denied, ultimately, because the original proposed discovery requests were overbroad; however, that defect has been cured. The written discovery requests attached to the renewed motion are now narrowly tailored to obtain information relevant to the issue of preliminary injunction.

I find that the motion should be granted. To accommodate a discovery schedule, the hearing on plaintiff's MOTION FOR PRELIMINARY INJUNCTION will be continued to June 9, 2006.

**IT IS ORDERED:**

1.   Plaintiff's RENEWED MOTION FOR EXPEDITED DISCOVERY (Filing 43) is granted. Plaintiff may serve the written discovery requests attached to the motion, and all expedited discovery requests shall be served on or before **Friday, April 7, 2006**. The defendants shall respond to plaintiff's requests on or before **May 5, 2006.**

2.   An evidentiary hearing on plaintiff's MOTION FOR PRELIMINARY INJUNCTION will be held on **Friday, June 9, 2006, beginning at 9:00 a.m.** in Courtroom No. 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. **The hearing now set for April 12, 2006 is cancelled.**

3.   To the extent reasonably possible, and no later than **June 7, 2006**, the parties shall:

(a)  submit to chambers a written list of all witnesses whom the parties expect to call, and

(b)  mark the exhibits that party intends to introduce into evidence at the hearing, and provide copies to counsel for all other parties and to the undersigned.

**DATED April 4, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**