IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MERRY MAIDS, L.P.,** | ) |
| | ) |
| Plaintiff, | ) |
| | )    **8:06CV36** |
| vs. | ) |
| | )    **ORDER** |
| **WWJD ENTERPRISES, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the MOTION FOR RECONSIDERATION [46] filed by defendants Maids and More, Inc. and Stephanie Lovely. Having considered the arguments presented by the defendants in their brief [47], I am still of the opinion that the plaintiff should be allowed to conduct expedited discovery as discussed in the Order [45] granting plaintiff's renewed motion for expedited discovery.

**IT IS ORDERED** that the MOTION FOR RECONSIDERATION [46] is denied. The provisions of Order [45] remain in effect.

**DATED April 10, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**