# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MERRY MAIDS, L.P.,**          ) | |
|                                 ) | |
| **Plaintiff,**                  ) | |
|                                 ) | 8:06CV36 |
| vs.                             ) | |
|                                 ) | **ORDER** |
| **WWJD ENTERPRISES, INC., et al.,** ) | |
|                                 ) | |
| **Defendants.**                 ) | |

This matter came before the Court on the Motion for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock, LLP in the above-captioned matter. The Court, being fully advised, hereby finds as follows:

**IT IS ORDERED** that the Motion [64] for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock, LLP is hereby granted and John P. Passarelli is allowed to be withdrawn as counsel for Plaintiff Merry Maids, L.P. in the above matter.

**DATED June 23, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**