IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MERRY MAIDS, L.P.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 8:06CV36 |
| **WWJD ENTERPRISES, INC. d/b/a** ) | |
| Merry Maids Franchise #126, MAIDS ) | ORDER |
| AND MORE, INC., JAMES M. LOVELY ) | |
| and STEPHANIE LOVELY, ) | |
| ) | |
| Defendants. ) | |

The court has, on this date, denied the parties' cross-motions for summary judgment. Upon review of the entire file, I find that this matter is particularly appropriate for mediation in accordance with the Mediation Plan for the United States District Court for the District of Nebraska ("Mediation Plan")[1] and will require the parties to mediate all claims before the court takes any further substantive action. If any party is unable to pay the expenses of mediation, counsel for that party may apply to the court for approval to incur mediation expenses reimbursable from the Federal Practice Fund, as set out in paragraph 3(b) of the Mediation Plan.

**IT IS ORDERED:**

1. The parties to this action are hereby required to mediate all pending claims in accordance with the Mediation Plan for the United States District Court for the District of Nebraska.

---

[1] The Mediation Plan, as amended January 30, 2004, is available for review on the court's web site www.ned.uscourts.gov (Mediation, General Description and Highlights). The site also includes a list of approved federal mediators.

2. Counsel for all parties shall confer and, no later than **December 15, 2006**, advise the court of the identity and address of their chosen mediator.

3. Any Objection to this order shall be filed on or before **November 15, 2006**.

**DATED October 31, 2006.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**