IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERRY MAIDS, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 8:06CV36 |
| WWJD ENTERPRISES, INC. d/b/a ) | |
| Merry Maids Franchise #126, MAIDS ) | ORDER |
| AND MORE, INC., JAMES M. LOVELY ) | |
| and STEPHANIE LOVELY, ) | |
| ) | |
| Defendants. ) | |

On October 31, 2006, the court ordered the parties to mediate all pending claims in accordance with the Mediation Plan for the United States District Court for the District of Nebraska. No party objected to the order and, on December 14, 2006, plaintiff's counsel advised the court that the parties had selected Michael A. Nelson as their mediator. Consequently, on December 15, 2006 I filed a Mediation Reference Order [90] staying the case through March 15, 2007 pending the completion of mediation. No party filed any objection to the Mediation Reference Order.

Noting a lack of activity on the docket, I directed my staff to request status reports from counsel regarding the progress of mediation. The responsive status reports filed by plaintiff and by defendants WWJD and James Lovely reflect a serious misunderstanding of the court's October 31, 2006 and December 14, 2006 orders.

The parties were ordered to mediate this case. Mediation is mandatory. The parties have had approximately five months to complete mediation and have not yet done so.

**IT IS ORDERED:**

1. All parties to this action shall immediately cooperate in scheduling a mediation session in accordance with the terms of the Mediation Reference Order [90] filed on December 15, 2006.

2. Mediation shall be completed <u>and</u> a status report filed by **May 31, 2007** concerning the outcome of the mediation.

3. The parties and counsel are once again reminded that the court may impose sanctions, including dismissal of a claim or defense, monetary sanctions, or such other sanctions as may be authorized by Fed. R. Civ. P. 16(f), should such persons or entities fail to comply with this order in objective good faith.

**DATED April 4, 2007.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**