## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MERRY MAIDS, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **8:06CV36** |
| **WWJD ENTERPRISES, INC. d/b/a** | ) | |
| **Merry Maids Franchise #126, MAIDS** | ) | **ORDER OF DISMISSAL** |
| **AND MORE, INC., JAMES M. LOVELY** | ) | |
| **and STEPHANIE LOVELY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter came on before the court upon the Stipulation [94] of all parties agreeing to dismiss this action with prejudice.  The Stipulation meets the requirements of Fed. R. Civ. P. 41(a)(1).  Based upon that Stipulation and the other filings herein:

**IT IS HEREBY ORDERED** that the parties' Stipulation [94] is approved, and this matter is dismissed as it relates to all claims, defenses, counterclaims and third-party claims filed by any party, with prejudice and without costs or disbursements being awarded to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**DATED July 10, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**