### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Merry Maids, L.P., | Civil File No. 8:06-CV-36 |
| Plaintiff, | |
| vs. | **ORDER** |
| WWJD Enterprises, Inc. d/b/a Merry Maids Franchise #126, Maids and More, Inc., James M. Lovely and Stephanie Lovely, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Return of Bond (#99).  Based on all the files in this matter and arguments presented by counsel,

**IT IS HEREBY ORDERED:**

1.      Plaintiff's Motion (#99) is granted in its entirety; and

2.      The Clerk of the court is directed to return the $500.00 bond filed on or about June 23, 2006, to Plaintiff's counsel, Michael Gray, at Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota  55402.

Dated this 7th day of May 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge